**Order entered January 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00030-CV

### IN RE TOYOTA MOTOR SALES, U.S.A., INC. AND TOYOTA MOTOR CORPORATION, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

## ORDER
Before Justices Brown, Schenck, and Reichek

Before the Court is relators' motion for leave to submit documents for in camera inspection. In this original proceeding, relators complain of the trial court's post-judgment order denying in part relators' motion for protective orders. Relators maintain that the following documents include relators' proprietary and confidential information, trade secrets, or information subject to the attorney-client privilege and the attorney work product privilege:

- March 22, 2018 deposition transcript of Toyota Sales (via corporate representative Lance Lewis);

- March 23, 2018 deposition transcript of Toyota Motor (via corporate representative Motoki Shibata);

- April 25, 2018 deposition transcript of Toyota Motor Engineering & Manufacturing, North America, Inc. (via corporate representative Adam Karibian);

- May 9, 2018 deposition transcript of Toyota Motor North America, Inc. via corporate representative Kevin Ro);

- September 1, 2005 internal TMS Legal Department memorandum from Mr. Dimitrios Biller, Toyota Motor Sales Managing Legal Counsel, to Eric Taira, Assistant General Counsel of Toyota Motor Sales; and

- November 2, 2006 emails between Biller and employees of the Toyota Motor Sales and Toyota Motor Corporation Legal Departments and between Biller and Kei Kimata, an employee of the Toyota Motor Corporation Legal Department.

The central issue in this proceeding is whether the trial court abused its discretion by refusing to enforce a protective order as to the above documents. In order to decide that issue, this Court must review the documents at issue. Accordingly, we **GRANT** relators' motion for leave to submit documents for in camera inspection. *See* TEX. R. APP. P. 52.10 (the appellate court to "grant any just relief pending the court's action on the petition" in an original proceeding). We **DIRECT** the Clerk of this Court to file under seal in paper form the documents tendered to the Court for in camera inspection. TEX. R. APP. P. 9.2(c)(3) ("Documents filed under seal, subject to a motion to seal, or to which access is otherwise restricted by law or court order must not be electronically filed."). These documents shall remain under seal until further order of this Court.

/s/ ADA BROWN
JUSTICE